C. Alex Naegele (SBN 255887)
C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone: (408) 995-3224
Facsimile: (408) 890-4645
Email: alex@canlawcorp.com

Attorney for Debtor/Appellant
LAURA GENS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>LAURA GENS<br><br>Debtor. | BK Case No. 15-53562-SLJ<br><br>Chapter 7<br><br>**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL** |

Appellant Laura Gens ("Appellant" or "Debtor") hereby designates, pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 8009, the following items below to be included in the record on appeal:

1) The docket entries kept by the bankruptcy clerk (i.e. the docket report) in this case (FRBP 8009(a)(4)(i)).
2) Appellant's designation of items to be included on the record identified by ECF number, below, including all attachments listed in sub-numbers (e.g. 50-1, 50-2, etc…) (FRBP 8009(a)(4)(ii)).
3) Appellant's Notice of Appeal (FRBP 8009(a)(4)(iii)).
4) The Order being appealed from (FRBP 8009(a)(4)(iv)).

5) All opinions and findings of fact and conclusions of law relating to issues on appeal, including transcripts of all oral rulings (FRBP 8009(a)(4)(vii)).

6) The transcripts ordered under FRBP 8010(a)(1) ((FRBP 8009(a)(4)(viii); and

7) Appellant's designation of record on appeal (i.e. this document).

| Filing Date | Docket No. | Title |
|---|---|---|
| 11/11/2015 | 1 | Chapter 11 Voluntary Petition WITH CHAPTER 11 MEANS TEST, Fee Amount $1717, Filed by Laura Gens. Order Meeting of Creditors due by 11/18/2015. (Fuller, Lars) |
| 11/25/2015 | 17 | Chapter 11 Plan of Reorganization *and*, Disclosure Statement *dated Nov. 25, 2015* Filed by Debtor Laura A. Gens. (Attachments: # 1 Certificate of Service) (Fuller, Lars) |
| 01/25/2016 | 40 | Motion to Convert Case to Chapter 7 Fee Waived, or in the alternative Motion to Dismiss Case Filed by U.S. Trustee Office of the U.S. Trustee / SJ (Attachments: # 1 Declaration of Greg Hartman # 2 Certificate of Service) (Hsu, Shining) (Entered: 01/25/2016) |
| 02/10/2016 | 48 | Brief/Memorandum in Opposition to *UST Motion to Dismiss or Convert* (RE: related document(s)40 Motion to Convert Case to Chapter 7, Motion to Dismiss Case). Filed by Debtor Laura A. Gens (Fuller, Lars) (Entered: 02/10/2016) |
| 02/10/2016 | 49 | Declaration of Attorney in Opposition of *UST Motion to Dismiss or Convert* (RE: related document(s)40 Motion to Convert Case to Chapter 7, Motion to Dismiss Case). Filed by Debtor Laura A. Gens (Attachments: # 1 Exhibit) (Fuller, Lars) (Entered: 02/10/2016) |

| | | |
|---|---|---|
| 02/10/2016 | 50 | Declaration of Timothy Gens in Opposition of *UST Motion to Dismiss or Convert* (RE: related document(s)40 Motion to Convert Case to Chapter 7, Motion to Dismiss Case). Filed by Debtor Laura A. Gens (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit) (Fuller, Lars) ERROR: PDF REFLECTS INCORRECT HEARING DATE. Modified on 2/11/2016 (myt). (Entered: 02/10/2016) |
| 02/12/2016 | 52 | Chapter 11 Plan of Reorganization *and*, Disclosure Statement *dated Feb. 11, 2016 [Proposed]* Filed by Debtor Laura A. Gens. (Attachments: # 1 Certificate of Service) (Fuller, Lars) (Entered: 02/12/2016) |
| 03/02/2016 | 56 | Motion to Compel *Acceptance of Mortgage Payment* Filed by Debtor Laura A. Gens (Attachments: # 1 Declaration of Debtor # 2 Exhibit 1) (Fuller, Lars) (Entered: 03/02/2016) |
| 03/14/2016 | 60 | Order Approving Disclosure Statement Aspects of Combined Plan And Disclosure Statement Dated Feb. 11, 2016 and Setting Hearing on Confirmation. (RE: related document(s)53 Notice of Hearing filed by Debtor Laura A. Gens). Confirmation Hearing scheduled for 4/7/2016 at 01:30 PM at San Jose Courtroom 3099 Johnson. Ballots due by 4/4/2016. Last day to object to confirmation is 3/31/2016. (no) (Entered: 03/15/2016) |
| 03/23/2016 | | Hearing Held (related document(s): 40 Motion to Convert Case to Chapter 7 filed by Office of the U.S. Trustee/SJ) (Appearances: Shining Hsu for UST, Sam Taherian for debtor, Dean Rallis for WFB) for the reasons indicated on the record the motion is denied without prejudice (no order required/docket entry sufficient). (tb ) (Entered: 03/24/2016) |
| 03/30/2016 | 61 | Objection to Confirmation of Plan *with Proof of Service* Filed by Creditor WELLS FARGO BANK, N.A. (Rallis, Dean) (Entered: 03/30/2016) |
| 04/04/2016 | 67 | Summary of Ballots Filed by Debtor Laura A. Gens (Fuller, Lars) (Entered: 04/04/2016) |

| | | |
|---|---|---|
| 04/05/2016 | 68 | Brief/Memorandum in support of *Confirmation* (RE: related document(s)52 Chapter 11 Plan, Disclosure Statement). Filed by Debtor Laura A. Gens (Attachments: # 1 Declaration # 2 Declaration # 3 Declaration # 4 Declaration #5 Certificate of Service) (Fuller, Lars) (Entered: 04/05/2016) |
| 04/07/2016 | 69 | Objection *(Limited) to Debtor's Motion to Compel Acceptance of Mortgage Payment* (RE: related document(s)56 Motion to Compel). Filed by Creditor WELLS FARGO BANK, N.A. (Rallis, Dean) (Entered: 04/07/2016) |
| 04/26/2016 | 73 | Order Granting Motion To Compel (Related Doc # 56) (no) (Entered: 04/26/2016) |
| 06/27/2016 | 79 | Stipulated Protective Order (RE: related document(s)52 Chapter 11 Plan filed by Debtor Laura A. Gens, Disclosure Statement). (no) (Entered: 06/27/2016) |
| 11/08/2016 | 114 | Chapter 11 Plan of Reorganization *and*, Disclosure Statement *Dated November 4, 2016* Filed by Debtor Laura A. Gens. (Fuller, Lars) (Entered: 11/08/2016) |
| 12/28/2016 | 130 | Motion to Dismiss Case *or Convert Case to Chapter 7; Memorandum of Points and Authorities in Support Thereof* Filed by Creditor WELLS FARGO BANK, N.A. (Rallis, Dean) (Entered: 12/28/2016) |
| 12/28/2016 | 134 | Omnibus Request To Take Judicial Notice (RE: related document(s)130 Motion to Dismiss Case, 132 Motion Miscellaneous Relief). Filed by Creditor WELLS FARGO BANK, N.A. (Attachments: # 1 Exhibit 17# 2 Exhibit 812 # 3 Exhibit 1317 # 4 Exhibit 1819) (Rallis, Dean) (Entered: 12/28/2016) |

| | | |
|---|---|---|
| 12/28/2016 | 135 | Omnibus Declaration of Zenobia Smith in in support of (RE: related document(s)130 Motion to Dismiss Case, 132 Motion Miscellaneous Relief). Filed by Creditor WELLS FARGO BANK, N.A. (Attachments: # 1 Exhibit 1 (Part 1 of 5) # 2 Exhibit 1 (Part 2 of 5) # 3 Exhibit 1 (Part 3 of 5) # 4 Exhibit Exhibit 1 (Part 4 of 5) # 5 Exhibit 1 (Part 5 of 5)) (Rallis, Dean) (Entered: 12/28/2016) |
| 12/28/2016 | 136 | Omnibus Declaration of Dean G. Rallis Jr in support of (RE: related document(s)130 Motion to Dismiss Case, 132 Motion Miscellaneous Relief). Filed by Creditor WELLS FARGO BANK, N.A. (Rallis, Dean) (Entered: 12/28/2016) |
| 12/28/2016 | 137 | Proposed Document Filed Under Seal (RE: related document(s)130 Motion to Dismiss Case filed by Creditor WELLS FARGO BANK, N.A.). (Attachments: # 1 Exhibit 14# 2 Exhibit 59) Filed by Creditor WELLS FARGO BANK, N.A. (Rallis, Dean) (Entered: 12/28/2016) |
| 12/28/2016 | 138 | Declaration of Alan Kessler in support of *(Redacted)* (RE: related document(s)130 Motion to Dismiss Case). Filed by Creditor WELLS FARGO BANK, N.A. (Attachments: # 1 Exhibit 19) (Rallis, Dean) (Entered: 12/28/2016) |
| 12/28/2016 | 139 | Declaration of Mark T. Flewelling in support of (RE: related document(s)132 Motion Miscellaneous Relief). Filed by Creditor WELLS FARGO BANK, N.A. (Attachments: # 1 Exhibit 18) (Rallis, Dean) (Entered: 12/28/2016) |
| 12/29/2016 | 143 | Status Conference Statement (RE: related document(s)128 Order To Set Hearing). Filed by Debtor Laura A. Gens (Attachments: # 1 Certificate of Service) (Fuller, Lars). Related document(s) 8 Notice of Status Conference. CORRECTIVE ENTRY: COURT ADDED LINKAGE TO RELATED DOCUMENT. Modified on 12/30/2016 (no). (Entered: 12/29/2016) |
| 01/03/2017 | 146 | Declaration of Timothy Gens in Support of The Combined PLAN . Filed by Debtor Laura A. Gens (Fuller, Lars). Related document(s) 114 Chapter 11 Plan filed by Debtor Laura A. Gens. |



Case 15-53562 Doc# 191 Filed 02/07/17 Entered 02/07/17 17:51:23 Page 5 of 8

| | | |
|---|---|---|
| 01/06/2017 | | Hearing Held (related document(s): 114 Chapter 11 Plan filed by Laura A. Gens) (Appearances: Lars Fuller for debtor, Minnie Loo for UST, Dean Rallis for WFB) not approved for the reasons indicated. (tb ) (Entered: 01/06/2017) |
| 01/11/2017 | 148 | Declaration *of Michael C. Bush in support of Combined plan* (RE: related document(s)114 Chapter 11 Plan, Disclosure Statement). Filed by Debtor Laura A. Gens (Attachments: # 1 Exhibit 1) (Fuller, Lars) (Entered: 01/11/2017) |
| 01/11/2017 | 149 | Declaration *of Laura Gens in support of the Combined Plan* (RE: related document(s)114 Chapter 11 Plan, Disclosure Statement). Filed by Debtor Laura A. Gens (Attachments: # 1 Attachment) (Fuller, Lars) (Entered: 01/11/2017) |
| 01/11/2017 | 153 | Brief/Memorandum in Opposition to *Wells Fargo Bank's Motion to Dismiss or Convert* (RE: related document(s)130 Motion to Dismiss Case). Filed by Debtor Laura A. Gens (Attachments: # 1 Declaration of Debtor) (Fuller, Lars) (Entered: 01/11/2017) |
| 01/11/2017 | 154 | Request To Take Judicial Notice *of Authenticity of Documents* (RE: related document(s)153 Opposition Brief/Memorandum). Filed by Debtor Laura A. Gens (Attachments: # 1 Document No. 1 # 2 Document No. 2 # 3 Document No. 3 # 4 Document No. 4 # 5 Document No. 5 # 6 Document No. 6 # 7 Document No. 7 # 8 Document No. 8 # 9 Document No. 9) (Fuller, Lars) (Entered: 01/11/2017) |
| 01/18/2017 | 157 | Reply (RE: related document(s)130 Motion to Dismiss Case, 153 Opposition Brief/Memorandum). Filed by Creditor WELLS FARGO BANK, N.A. (Rallis, Dean) (Entered: 01/18/2017) |

| | | |
|---|---|---|
| 01/24/2017 | 159 | Declaration *of Laura Gens in support of the Combined Plan* (RE: related document(s)133 Notice of Hearing). Filed by Debtor Laura A. Gens (Attachments: # 1 Attachment) (Fuller, Lars). Related document(s) 114 Chapter 11 Plan filed by Debtor Laura A. Gens. CORRECTIVE ENTRY: COURT ADDED LINKAGE TO RELATED DOCUMENT. Modified on 1/25/2017 (no). (Entered: 01/24/2017) |
| 01/25/2017 | | Hearing Held (related document(s): 130 Motion to Dismiss Case filed by WELLS FARGO BANK, N.A.) (Appearances: Minnie Loo for UST, Lars Fuller for debtor, Dean Rallis for WFB and Matthew Pham (listen mode only)) for the reasons indicated the court converts case to chapter 7 Mr. Rallis to upload an order. (tb ) (Entered: 01/25/2017) |
| 02/01/2017 | 163 | Order Granting Motion to Convert Case to Chapter 7. Trustee Doris A. Kaelin added to the case Order Meeting of Creditors due by 2/15/2017. Financial Management Certificate due by 3/20/2017. Related document(s) 130 Motion to Dismiss Case *or Convert Case to Chapter 7; Memorandum of Points and Authorities in Support Thereof* filed by Creditor WELLS FARGO BANK, N.A. (no). (Entered: 02/01/2017) |
| 02/01/2017 | 164 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (no) (Entered: 02/01/2017) |
| 02/10/2017 | 171 | FINAL REPORT AND ACCOUNT PURSUANT TO RULE 1019 OF THE DEFERAL RULES OF BANKRUPTCY PROCEDURE; VERIFICATION. Filed by Debtor Laura A. Gens (Weng, Nancy) (Entered: 02/10/2017) |
| 02/13/2017 | 172 | Notice of Appeal to BAP , Fee Amount $ 298. (RE: related document(s)163 Order Converting Case to Chapter 7). Appellant Designation due by 02/27/2017. Transmission to BAP due by 02/16/2017. (Attachments: # 1 Exhibit A) Filed by Debtor Laura A. Gens (Naegele, Charles) (Entered: 02/13/2017) |
| 02/13/2017 | 173 | Certificate of Service (RE: related document(s)172 Notice of Appeal). Filed by Debtor Laura A. Gens (Naegele, Charles) (Entered: 02/13/2017) |

| | | |
|---|---|---|
| 02/16/2017 | 177 | Notice of Docketing Record on Appeal to BAP. Case Number: NC171045 (RE: related document(s)172 Notice of Appeal). (no) (Entered: 02/16/2017) |
| 02/20/2017 | 181 | Transcript regarding Hearing Held 1617 RE: a) Hearing on Disclosure Statement Aspect of Proposed Combined Chapter 11 Plan of Reorganization and Disclosure Statement Dated November 4, 2016 Filed by Debtor: b) Objection by Wells Fargo Bank, N.A.; c) Objection by United States Trustee; d) Status Conference. |
| 02/20/2017 | 182 | Transcript regarding Hearing Held 12517 RE: a) Motion to Dismiss Case or Convert Case to Chapter 7 Filed by Wells Fargo Bank, N.A.; b) Opposition by Debtor; c) Motion for Allowance of Post Petition Interest, Attorney's Fees and Costs Filed by Wells Fargo Bank, N.A.; d) Opposition by Debtor; e) Status Conference. |
| 02/21/2017 | 183 | Appellee Statement of Election *to Proceed in District Court* (RE: related document(s)172 Notice of Appeal filed by Debtor Laura A. Gens). Filed by Creditor WELLS FARGO BANK, N.A. (Rallis, Dean) (Entered: 02/21/2017) |
| 02/22/2017 | 186 | Notice of Transfer of Appeal to District Court (RE: related document(s)172 Notice of Appeal to BAP , Fee Amount $ 298. (RE: related document(s)163 Order Converting Case to Chapter 7). Appellant Designation due by 02/27/2017. Transmission to BAP due by 02/16/2017. (Attachments: # 1 Exhibit A) Filed by Debtor Laura A. Gens). (yw) (Entered: 02/23/2017) |
| 02/27/2017 | 190 | Statement of Issues on Appeal, (RE: related document(s)172 Notice of Appeal filed by Debtor Laura A. Gens). Filed by Debtor Laura A. Gens (Naegele, Charles) (Entered: 02/27/2017) |

**C. ALEX NAEGELE,**
**A PROFESSIONAL LAW CORPORATION**

Date: February 27, 2017

By: /s/ C. Alex Naegele
C. Alex Naegele
Attorney for Debtor/Appellant
LAURA GENS



Case 15-53562 Doc# 191 Filed 02/27/17 Entered 02/27/17 17:51:23 Page 8 of 8