# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS,<br><br>        Debtor-Appellant,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Appellee. | Case No. 17-cv-01001-BLF<br><br>B.R. Case No. 15-bk-53562-SLJ<br><br>**ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Debtor-Appellant Laura Gens appeals the bankruptcy court's order converting her Chapter 11 case to a Chapter 7 case. Notice of Appeal, ECF 1-1. Pursuant to a stipulated order entered by the Court on June 7, 2017, Gens' opening brief was due on August 7, 2017. The brief has not been filed. "If an appellant fails to file a brief on time or within an extended time authorized by the district court or BAP, an appellee may move to dismiss the appeal – or the district court or BAP, after notice, may dismiss the appeal on its own motion." Fed. R. Bankr. P. 8018(a)(4).

Accordingly, Gens is ORDERED TO SHOW CAUSE, in writing and on or before August 30, 2017, why this appeal should not be dismissed for failure to prosecute. Such brief shall not exceed five pages. A SHOW CAUSE HEARING is scheduled for August 31, 2017 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 9, 2017

_____
BETH LABSON FREEMAN
United States District Judge